IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTOPHER LUMPKIN,  )
                   Plaintiff,  )
v.  )    Civil Action No. 3:23-cv-80–HEH
DAUGHERTY,  )
                   Defendant.  )

**(Adopting Report and Recommendation and Dismissing Action)**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

1. The Report and Recommendation (ECF No. 78) is ACCEPTED and ADOPTED;
2. The Motion for Default Judgment (ECF No. 61) is GRANTED;
3. The Court awards Lumpkin $3,000 in damages against Defendant Daugherty;
4. The Clerk shall terminate ECF Nos. 59 and 70;
5. The action is DISMISSED; and,
6. The Court does not grant leave to amend, rendering this order final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022).

Should Lumpkin desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within THIRTY (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Lumpkin and Defendant Daugherty at her last known address.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Dec. 22, 2025
Richmond, Virginia